FILED
OCT 08 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
for the NORTHERN DISTRICT of ILLINOIS
WESTERN DIVISION

BRIAN SLUTEKIN
    Plaintiff

v.

ANDREW CIOLLI;
    Defendant

CASE NO's: 21-cv-50105
           21-cv-50106
           21-cv-50107
           21-cv-50108

HONORABLE IAIN D. JOHNSON

## Motion To Expedite Judgement

Plaintiff request that this honorable court's honor make a judgement regarding plaintiff's four (4) §2241 motion(s) No's: 21-cv-50105, 21-cv-50106, 21-cv-50107, 21-cv-50108.

Due to a liberty interest at stake now, if your honor grants in the favor of plaintiff's motions, this would give him immediate release to the halfway house. Right now Slutekin's release date is May 26th, 2022. Slutekin was granted 120 days of halfway house time, making his release for January 25th 2022. Granting Slutekin's motions would give him his good time back that he lost which would change his release date from May 2022 to about January 2022 which would change his halfway house release to September 2021 (Immediate Release)

Slutekin seeks that your honor review all facts and grant in the favor of plaintiff.

DATE: OCTOBER 4TH 2022

BRIAN SLUTEKIN